JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVERNE SIMMONS, on behalf of herself and all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA, N.A.,<br><br>  Defendant. | Case No. CV 22-1126 FMO (ASx)<br><br>**ORDER DISMISSING ACTION** |

The complaint in the above-captioned case contains individual and class allegations. The parties have filed a Notice of Settlement notifying the court that plaintiff has settled her individual claims with defendant. (See Dkt. 45, "Notice"). The Notice states that the class allegations will be dismissed without prejudice. (Id.).

Having reviewed the case file and determined that no prejudice to the putative class will result from the dismissal, IT IS ORDERED that the above-captioned action is hereby **dismissed with prejudice** as to plaintiff's individual claims and **without prejudice** as to the class claims, and without prejudice to the right, upon good cause shown within **45 days from the filing date of this Order,** to re-open the action if settlement is not consummated.

Dated this 1st day of February, 2023.

/s/
Fernando M. Olguin
United States District Judge